~~EXHIBIT A~~

**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

**SUTHERLAND ASBILL & BRENNAN LLP**
John L. North
Jeffrey J. Toney
N.E.B. Minnear
Kristin E. Goran
999 Peachtree Street
Atlanta, Georgia 30309-3996
(404) 853-8000

RECEIVED
SEP 15 2008
AT 8:30___
WILLIAM T. ___
CLERK

*Attorneys for Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | Civil Action No. 3:07-cv-02894-GEB-JJH |

### [~~PROPOSED~~] ORDER GRANTING
### STIPULATED DISMISSAL OF LITIGATION

7951122.2

**WHEREAS** Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") and Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL") have stipulated to the dismissal of all claims and counterclaims on the terms and conditions set forth herein;

**WHEREAS** DRL currently sells API and tablets pursuant to a process described in DMF No. 16330;

**WHEREAS** Teva has granted DRL covenants not to sue with respect to the API and tablets made by its current process described in DMF No. 16330, and DRL will continue to be free to sell such API and tablets in the future; and

**WHEREAS** DRL has agreed to discontinue its efforts to seek approval of an amendment to its Drug Master File No. 16330 submitted to the United States Food & Drug Administration ("FDA") on October 1, 2007 (the "October 2007 Amendment"), which amendment is also the subject of a Prior Approval Supplement to DRL's ANDA for carvedilol, to withdraw the October 2007 Amendment from the FDA's consideration, and to provide Teva with notice of the same; **IT IS** on this 19th day of September 2008,

**ORDERED** that:

1. All of Teva's claims in this litigation are DISMISSED with prejudice in their entirety and all of DRL's counterclaims in this litigation are DISMISSED without prejudice in their entirety. Each party shall bear its own fees and costs in connection with the above-captioned litigation.

2. In the event of future litigation regarding any DRL amendments to Drug Master File No. 16330 or other efforts by DRL to obtain FDA approval for other methods of synthesizing carvedilol, DRL and Teva agree to personal and subject matter jurisdiction in the

United States District Court for the District of New Jersey and agree that the party filing such litigation shall file it as a "related case" to the above-captioned action.

                                             Hon. Garrett E. Brown, Jr.
                                             Chief United States District Court Judge